# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Brian G. Luman, | ) | Case No. 1:16-po-006 |
| | ) | |
| Defendant. | ) | |

The bench trial scheduled to commence on April 11, 2017, at 9:00 a.m. in Bismarck before the undersigned is cancelled. It will be rescheduled at a later date and time if necessary.

**IT IS SO ORDERED.**

Dated this 6th day of April, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court